# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 17-02262-SK | Date | March 27, 2019 |
|---|---|---|---|
| Title | Yolanda Nungaray Rivas v. Nancy A. Berryhill | | |

Present: The Honorable Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

Attorneys Present for Plaintiff: Attorneys Present for Defendant:

None present    None present

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Plaintiff's motion for summary judgment was due on March 22, 2019. As of this order, no motion has been filed. Plaintiff was warned that failure to file that motion on time would result in involuntary dismissal of this action for lack of prosecution. (ECF 39). Therefore, Plaintiff is ORDERED TO SHOW CAUSE by **April 12, 2019** why this action should not be dismissed for lack of prosecution. Plaintiff may discharge this order to show cause by filing her summary judgment motion by April 12, 2019. If Plaintiff files no such motion or other timely response to this order, the action will be dismissed. SeeFed. R. Civ. P. 41(b); L.R. 41-1.