JS-6

FILED
CLERK, U.S. DISTRICT COURT
4/22/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA NUNGARAY RIVAS,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>Defendant. | CASE NO. 5:17-cv-02262-SK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Failure to Prosecute, **IT IS ADJUDGED** that the complaint is dismissed and this action is dismissed without prejudice.

DATED: April 22, 2019

HON. STEVE KIM
U.S. MAGISTRATE JUDGE